MAGISTRATE JUDGE ARNOLD

04-CR-05082-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH COOK, <br><br> Defendant. | NO. CR04-5082 <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to September 26, 2005. The period of delay resulting from this continuance from August 15, 2005, to September 26, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 15 day of August, 2005.

_____
MONICA J. BENTON  J KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE ARNOLD

Presented By:

/s/ _____
Jerome Kuh
Attorney for Defendant

/s/ _____
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710