MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR004-5082 |
| Plaintiff, | ) | |
| | ) | ORDER TO DELAY VOLUNTARY |
| vs. | ) | SURRENDER DATE |
| KENNETH COOK, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the unopposed motion of the defendant to delay the voluntary surrender date, the Court having reviewed the motion, the records and files herein, and has noted that the Special Assistant United States Attorney has no objection, it is now therefore

ORDERED that the voluntary surrender date be delayed until January 30, 2006.

DONE THIS <u>18th</u> day of January, 2006.

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge

ORDER TO DELAY VOLUNTARY SURRENDER DATE --1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710